IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:99CR241
                               )
       v.                      )
                               )
RUDOLFO SEGOVIA,               )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 327). The Court finds leave should be granted for filing the dismissal of the indictment against Rudolfo Segovia. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. The indictment is dismissed as to defendant Rudolfo Sevogia.

DATED this 1st day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court